

## IN THE COURT OF CRIMINAL APPEALS
## OF TEXAS

### NO. PD-0302-22

### EX PARTE CAMERON MICHAEL MOON, Appellant

### ON STATE'S PETITION FOR DISCRETIONARY REVIEW
### FROM THE FIRST COURT OF APPEALS
### HARRIS COUNTY

*Per curiam.*

### O R D E R

The Court grants the State's petition for discretionary review and also grants the following ground on its own motion: When Section 54.02(j)(3) of the Family Code speaks of an "adjudication" and an "adjudication hearing," does the meaning of those words also embrace events that might occur in an adult criminal trial, or are their meanings restricted to the context of juvenile proceedings?

The Clerk of this Court will send copies of this order to the Court of Appeals for the First District, the State Prosecuting Attorney, the Harris County District Attorney, and Appellant.

Filed: September 7, 2022

Do not publish